**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6513

DEREK MARIO WILLIAMS,

         Plaintiff - Appellant,

     v.

BRAYDEN LEOPOLD, Greenville County Sheriff's Department, in his individual capacity; HARRY MCCONNELL, Greenville County Sheriff's Department, in his individual capacity; JACOB YOUNGBLOOD, Greenville County Sheriff's Department, in his individual capacity,

         Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Kevin Frank McDonald, Magistrate Judge. (6:24-cv-01772-JDA)

Submitted: October 23, 2025               Decided: October 31, 2025

Before KING and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Derek Mario Williams, Appellant Pro Se. Todd Russell Flippin, HOLCOMBE BOMAR, PA, Spartanburg, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek Williams seeks to appeal the report filed by the magistrate judge recommending that the district court deny relief on Williams's 42 U.S.C. § 1983 complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Williams's motion to add a declaration to his opposition to the summary judgment motion, and we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*